**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose MATA–CAMACHO, a.k.a. Ramiro Suselo Hernandez, a.k.a. Audenes Camacho–Catalan, a.k.a. Hector Luis Rodriguez, a.k.a. David Jason Ortega, Defendant–Appellant.**

**No. 09–16098**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 12, 2010.

Michelle Schieber, Macon, GA, for Plaintiff–Appellee.

John R. Francisco, Sinnreich & Francisco, Macon, GA, for Defendant–Appellant.

Before EDMONDSON, MARTIN and FAY, Circuit Judges.

PER CURIAM:

John Francisco, appointed counsel for Jose Mata–Camacho in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Mata–Camacho's conviction and sentence are **AFFIRMED.**